MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM RADECKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01726-ART-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff Tim Radecki and defendant Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional thirteen days (13) days, up to and including **November 16, 2022**, to file its response to the plaintiff's complaint, which is currently due on November 3, 2022.  The complaint was filed in state court on September 9, 2022, and removed to federal court on October 13, 2022.

　　　　Good cause exists to grant the requested extension.  BANA requested the extension from plaintiff so the parties could explore settlement options.

. . .

. . .

. . .

{67107474;1}

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 31st day of October, 2022.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ John H. Wright* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, NV 89102 <br><br> *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
Case No.: 2:22-cv-01726-ART-EJY

DATED: October 31, 2022

2

{67107474;1}