|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEVADA** |
| TIM RADECKI, | Case No.   2:22-cv-01726-ART-EJY |
| Plaintiff, | **ORDER APPROVING** |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)** |
| BANK OF AMERICA, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X; and ROE ENTITIES XI through XX, inclusive, | |
| Defendants. | |

Plaintiff, Tim Radecki ("Radecki") and Defendants, National Default Servicing Corporation ("NDSC"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendants, NDSC shall have additional time, up to and including **December 5, 2022** to file its Reply in Support of Motion to Dismiss. The current deadline is November 14, 2022. The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for NDSC.

/././
/././
/././
/././
/././

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 10th day of November, 2022.                    Dated this 10th day of November, 2022.

TIFFANY & BOSCO, P.A.                                     THE WRIGHT LAW GROUP, P.C.

*/s/ Krista J. Nielson*                                   */s/ John Henry Wright, Esq.*
Krista J. Nielson, Esq.                                   John Henry Wright, Esq.
Nevada Bar No.: 10698                                     Nevada Bar No.: 6182
10100 W. Charleston Blvd., Ste. 220                       2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89135                                   Las Vegas, Nevada 89102
(702) 258-8200                                            (702) 405-0001
knielson@tblaw.com                                        john@wrightlawgroupnv.com
*National Default Servicing Corporation*                  *Attorney for Plaintiff, Tim Radecki*

## ORDER

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that SLS and NDSC shall have until December 5, 2022, to file its Reply in Support of Motion to Dismiss.

DATED: November 10, 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE