**TIFFANY & BOSCO, P.A.**
Krista J. Nielson
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, Nevada 89135
Telephone:  702 258-8200
Fax:  702 258-8787
*Attorneys for Defendants*
*National Default Servicing Corporation*

TB #22-74254

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIM RADECKI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X; and ROE ENTITIES XI through XX, inclusive,<br><br>　　　　Defendants. | Case No.   2:22-cv-01726-ART-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (SECOND REQUEST)** |

　　　　Plaintiff, Tim Radecki ("Radecki") and Defendants, National Default Servicing Corporation ("NDSC"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendants, NDSC shall have additional time, up to and including **December 12, 2022** to file its Reply in Support of Motion to Dismiss.  The current deadline is December 5, 2022.  The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for NDSC.

/././

/././

/././

/././

/././

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 29th day of November, 2022.   Dated this 29th day of November, 2022.

TIFFANY & BOSCO, P.A.   THE WRIGHT LAW GROUP, P.C.

*/s/ Krista J. Nielson*   */s/ John Henry Wright*
Krista J. Nielson, Esq.   John Henry Wright, Esq.
Nevada Bar No.: 10698   Nevada Bar No.: 6182
10100 W. Charleston Blvd., Ste. 220   2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89135   Las Vegas, Nevada 89102
(702) 258-8200   (702) 405-0001
knielson@tblaw.com   john@wrightlawgroupnv.com
*National Default Servicing Corporation*   *Attorney for Plaintiff, Tim Radecki*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: November 30, 2022**