**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIM RADECKI,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>                    Defendants. | Case No.: 2:22-cv-01726-ART-EJY<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS**<br>**(FIRST REQUEST)** |

Tim Radecki and Bank of America, N.A. (**BANA**) hereby stipulate and agree that BANA shall have an additional five (5) days, up to and including **December 12, 2022**, to file its reply in support of BANA's motion to dismiss and motion to expunge lis pendens, which is currently due on December 7, 2022, pursuant to ECF Nos. 21 & 22.  The motion was filed on November 16, 2022, and the response was filed on November 30, 2022.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.  This extension will allow for BANA's reply and National Default Servicing Corporation's reply in support of its motion to dismiss to be due on the same date, which will coordinate briefing in this matter.

{67608335;1}

*Tim Radecki v. Bank of America, N.A. et al.,*
*Case No.: 2:22-cv-01726-ART-EJY*

DATED this 5th day of December, 2022.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Scott R. Lachman* | */s/ John Henry Wright* |
| MELANIE D. MORGAN, ESQ. | JOHN HENRY WRIGHT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 6182 |
| SCOTT R. LACHMAN, ESQ. | 2340 Paseo Del Prado, Suite D-305 |
| Nevada Bar No. 12016 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Plaintiff* |
| | |
| *Attorneys for Bank of America, N.A.* | |

**ORDER**

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: December 6, 2022

{67608335;1}

2