MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM RADECKI,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>        Defendants. | Case No.: 2:22-cv-01726-ART-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

Tim Radecki and Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional fourteen (14) days, up to and including **April 7, 2023**, to file its reply in support of BANA's motion to stay discovery, which is currently due on March 24, 2023.  ECF No. 34 (motion to stay discovery); ECF No. 34 (opposition to motion to stay discovery).  The motion was filed on March 3, 2023, and the response was filed on March 17, 2023.

. . .

. . .

*Tim Radecki v. Bank of America, N.A. et al.,*
*Case No.: 2:22-cv-01726-ART-EJY*

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of March, 2023.

| AKERMAN LLP | THE WRIGHT LAW GROUP, P.C. |
|---|---|
| */s/ Scott R. Lachman* | */s/ John H. Wright* |
| MELANIE D. MORGAN, ESQ. | JOHN HENRY WRIGHT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 6182 |
| SCOTT R. LACHMAN, ESQ. | 2340 Paseo Del Prado, Suite D-305 |
| Nevada Bar No. 12016 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Tim Radecki* |
| | |
| *Attorneys for Bank of America, N.A.* | |

## ORDER

IT IS SO ORDERED.

United States Magistrate Judge
Case No.: 2:22-cv-01726-ART-EJY

DATED: March 21, 2023

{69396187;1}

2