# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIM RADECKI,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>                Defendants. | Case No.: 2:22-cv-01726-ART-EJY<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON BANK OF AMERICA, N.A.'S MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS**<br><br>**(FIRST REQUEST)** |

Tim Radecki, Bank of America, N.A. (**BANA**), and National Default Servicing Corporation (**NDSC**) stipulate that Radecki shall have an additional fourteen (14) days, up to and including **May 17, 2023**, to file its opposition to BANA's motion to dismiss amended complaint and motion to expunge lis pendens, which is currently due on May 3, 2023, pursuant to ECF Nos. 40 and 41. The motions were filed on April 19, 2023. The parties also stipulate that BANA and NDSC shall have until June 7, 2023, to file their reply.

. . .

. . .

. . .

{70255989;1}

The parties are requesting this extension due to on-going settlement discussions. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of May, 2023.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| /s/ Scott R. Lachman | /s/ John Henry Wright |
| SCOTT R. LACHMAN, ESQ. | JOHN HENRY WRIGHT, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 6182 |
| 1635 Village Center Circle, Suite 200 | 2340 Paseo Del Prado, Suite D-305 |
| Las Vegas, NV 89134 | Las Vegas, NV 89102 |
| *Attorneys for Bank of America, N.A.* | *Attorney for Tim Radecki* |

**TIFFANY & BOSCO, P.A.**

/s/ Krista J. Nielson
KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

*Attorneys for National Default Servicing Corporaton*

**ORDER**

IT IS SO ORDERED.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE
Case No.: 2:22-cv-01726-ART-EJY

DATED: May 8, 2023