**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIM RADECKI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X; and ROE ENTITIES XI through XX, inclusive,<br><br>　　　　　　Defendants. | Case No.　2:22-cv-01726-ART-EJY<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR EXTENTION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT<br>(SECOND REQUEST) |

　　　　Plaintiff, Tim Radecki ("Radecki") and Defendant, National Default Servicing Corporation ("NDSC"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendant, NDSC shall have additional time, up to and including **October 6, 2023** to file its Reply in Support of Motion to Dismiss First Amended Complaint.  The current deadline is September 8, 2023.  The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for NDSC.

/././

/././

/././

/././

/././

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 26th day of September, 2023.                Dated this 26th day of September, 2023.

TIFFANY & BOSCO, P.A.                                  THE WRIGHT LAW GROUP, P.C.


*/s/ Krista J. Nielson*                                */s/ John Henry Wright, Esq.*
Krista J. Nielson, Esq.                                John Henry Wright, Esq.
Nevada Bar No.: 10698                                  Nevada Bar No.: 6182
10100 W. Charleston Blvd., Ste. 220                    2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89135                                Las Vegas, Nevada 89102
(702) 258-8200                                         (702) 405-0001
knielson@tblaw.com                                     john@wrightlawgroupnv.com
*National Default Servicing Corporation*               *Attorney for Plaintiff, Tim Radecki*

**ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that NDSC shall have until October 6, 2023, to file its Reply in Support of Motion to Dismiss Amended Complaint.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: September 28, 2023.